STATE OF MONTANA ex rel. ROBERT J. PORTER and DENNIS WILLITS, Relators, v. The DISTRICT COURT of the THIRTEENTH JUDICIAL DISTRICT of the State of Montana, in and for the COUNTY OF YELLOWSTONE, and the Honorable CHARLES LUEDKE, as Judge thereof, Respondents.

No. 12055.
Decided April 20, 1971.
483 P.2d 723.

ORDER

PER CURIAM:

Relators petitioned this Court for a writ of supervisory control or other appropriate writ and counsel was heard ex parte. Thereafter the Court continued the hearing on the petition to this date and requested respondents to appear and brief and argue and counsel for the parties having this day appeared and argued the cause, and the Court being informed.

IT IS Ordered that the relief sought by relators be denied and this cause is ordered dismissed.